UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:18-cv-60193-UU

ROOSEVELT COOPER as Personal
Representative for and on behalf of THE
ESTATE OF BYRON O'BRIEN COOPER,

    Plaintiff,

v.

THE SEMINOLE TRIBE OF FLORIDA,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On January 31, 2018, the Court dismissed Plaintiff's Complaint for lack of jurisdiction because his Complaint did not present a federal question, as required by 28 U.S.C. § 1331, and Defendant has general sovereign immunity from tort suit. D.E. 5. The Court granted Plaintiff leave to amend its Complaint to cure these defects by February 6, 2018; as of February 7, 2018, the Court has not received an amended Complaint. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th__ day of February, 2018.

                                                                    _____
                                                                    URSULA UNGARO
                                                                    UNITED STATES DISTRICT JUDGE

copies provided: counsel of record